**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JEFFREY M. LORENZO MARTINEZ, et al., :
:
                Plaintiffs, :        23-CV-2821 (OTW)
:
                -against- :        **ORDER**
:
WILBERT TRANSPORT LLC, et al., :
:
                Defendants. :
:
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On April 15, 2025, the Court ordered Plaintiffs to show cause by April 30, 2025, why this case should not be dismissed for failure to prosecute. (ECF 16). Plaintiffs did not respond. (*See* Docket). On May 9, 2025, the Court again ordered Plaintiffs to show cause by May 16, 2025, why this case should not be dismissed for failure to prosecute. (ECF 17). To date, Plaintiffs have not responded, or otherwise communicated with the Court. (*See* Docket).

Accordingly, it is ordered that the above-entitled action be, and is hereby, **DISMISSED** and discontinued with prejudice and without costs. The parties shall have **10 (ten) days** from the date of this Order to reopen the action.

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: May 21, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge